1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | P. GREG PARHAM
California Bar No. 140310
6 | Assistant United States Attorney
Asset Forfeiture Section
7 |    Federal Courthouse, 14th Floor
312 North Spring Street
8 |    Los Angeles, California 90012
Telephone:  (213) 894-6528
9 |    Facsimile:  (213) 894-7177
E-mail: Greg.Parham@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

JS 6

12 |

13 |          UNITED STATES DISTRICT COURT

14 |       FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 |                WESTERN DIVISION

16 | UNITED STATES OF AMERICA,    )
                             )   NO.  CV 11-6662 DSF(MRWx)
17 |            Plaintiff,       )
                             )       [PROPOSED]/
18 |            v.              )
                             )   CONSENT JUDGMENT OF
19 | $33,041.00 IN U.S.         )   FORFEITURE
CURRENCY, ET AL.,           )
20 |                             )
                Defendants.  )
21 | _____)
                             )
22 | ORLANDO RIGOBERTO PEREZ-    )
SANCHEZ,                    )
23 |                             )
                Claimant.    )
24 | _____)

25 |

26 |      This action was filed on August 12, 2011.  Notice was given

27 | and published in accordance with law.  Pro se claimant Orlando

28 | Rigoberto Perez-Sanchez ("Perez-Sanchez") filed a verified claim on

1 | September 26, 2011.  The court ordered the case stayed due to a
2 | pending related criminal case on October 24, 2011.  No other
3 | statements of interest or answers were filed, and the time for
4 | filing such statements of interest and answers has expired.
5 | Plaintiff and Perez-Sanchez, from whom the $33,041.00 in U.S.
6 | currency (DEA Asset # 11-DEA-544525) ("defendant currency"), the
7 | 2006 Toyota Sienna (DEA Asset # 11-DEA-545413)("defendant Sienna"),
8 | the 2005 Nissan Frontier (DEA Asset # 11-DEA-545414)("defendant
9 | Nissan") and the 2003 Toyota Tacoma (DEA Asset # 11-DEA-
10 | 545411)("defendant Tacoma")(collectively, "the defendants")  were
11 | seized, have reached an agreement that is dispositive of the
12 | action.  The parties hereby request that the Court enter this
13 | Consent Judgment of Forfeiture.

14 | **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

15 | 1.  This Court has jurisdiction over the parties and the
16 | subject matter of this action.

17 | 2.  Notice of this action has been given in accordance with
18 | law.  All potential claimants to the defendants other
19 | than Perez-Sanchez are deemed to have admitted the
20 | allegations of the Complaint.  The allegations set out in
21 | the Complaint are sufficient to establish a basis for
22 | forfeiture.

23 | 3.  The United States of America shall have judgment as to
24 | the defendant Tacoma and all of the defendant currency,
25 | plus all interest earned by the government on the
26 | defendant currency, and no other person or entity shall
27 | have any right, title or interest therein.  The United
28 | States Marshals Service is ordered to dispose of said

1    assets in accordance with law.

2    4.    The defendant Sienna and the defendant Nissan shall

3          be returned to Perez-Sanchez not later than sixty (60)

4          days from the date of the entry of this judgment.

5    5.    Claimant has released the United States of America,

6          its agencies, agents, and officers, including employees

7          and agents of the Drug Enforcement Administration, from

8          any and all claims, actions or liabilities arising out of

9          or related to this action, including, without limitation,

10         any claim for attorney's fees, costs or interest which

11         may be asserted on behalf of the claimant, whether

12         pursuant to 28 U.S.C. § 2465 or otherwise.

13   6.    The court finds that there was reasonable cause for the

14         seizure of the defendants and institution of

15         these proceedings.  This judgment shall be construed as

16         a certificate of reasonable cause pursuant to 28 U.S.C.

17         § 2465.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: ___9/25___, 2012

_Dale S. Fischer_

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: September 17, 2012

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_Greg Parham_

P. GREG PARHAM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: Sept 7, 2012

_Orlando Perez_

Claimant
ORLANDO RIGOBERTO PEREZ-SANCHEZ
Pro Se